```
 1  MELINDA L. HAAG, SBN CA 132612
    United States Attorney
 2  GRACE M. KIM, SBN IL 6203390
    Regional Chief Counsel, Region IX
 3  Social Security Administration
    BRENDA M. PULLIN, SBN CO 35181
 4  Special Assistant United States Attorney

 5      160 Spear Street, Suite 800
        San Francisco, California  94105
 6      Telephone:  (415) 977-8975
        Facsimile:  (415) 744-0134
 7      E-Mail:Brenda.Pullin@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELLA MARIE SINGH, )<br>  )<br>  Plaintiff, )<br>  )<br>  v. )<br>  )<br>MICHAEL J. ASTRUE, )<br>  Commissioner of Social Security, )<br>  )<br>  Defendant. )<br>_____ ) | CASE NO.  3:12-CV-4046-SI<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT |

For the reasons stated therein, Defendant's Unopposed Motion for Second Extension of Time to File Defendant's Cross-Motion for Summary Judgment [Doc. No. 14] is hereby GRANTED.

IT IS SO ORDERED.

Date:  2/25/13

_____
SUSAN ILLSTON
United States District Judge