1  MELINDA L. HAAG, SBN CA 132612
   United States Attorney
2  DONNA CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   BRENDA M. PULLIN, SBN CO 35181
4  Special Assistant United States Attorney

5     160 Spear Street, Suite 800
      San Francisco, California  94105
6     Telephone:  (415) 977-8975
      Facsimile:  (415) 744-0134
7     E-Mail:Brenda.Pullin@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELLA MARIE SINGH, | CASE NO.  3:12-CV-4046-SI |
| Plaintiff, | |
| v. | STIPULATION AND ~~PROPOSED~~ ORDER FOR AWARD OF ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/CENTS ($7,500.00), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

//

//

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of SEVEN THOUSAND FIVE HUNDRED DOLLARS AND 00/CENTS ($7,500.00), and costs in the amount of THREE HUNDRED FIFTY DOLLARS AND 00/CENTS ($350.00), shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to EAJA fees in connection with this action. Any payment shall be delivered to Plaintiff's counsel.

Respectfully submitted,

Dated: December 9, 2013

*/s/ Glenn M. Clark*
(As authorized via e-mail)
GLENN M. CLARK
Attorney for Plaintiff

Dated: December 11, 2013

MELINDA L. HAAG
United States Attorney

/s/ *Brenda M. Pullin*
BRENDA M. PULLIN
Special Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED:

Dated: 12/12/13

SUSAN ILLSTON
United States District Judge

2